IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.

UNITED STATES OF AMERICA,

        Plaintiff,

v.

$30,000.00 IN UNITED STATES CURRENCY,
54.4 KILOGRAMS OF KETAMINE,
2,073 GRAMS OF SILDENAFIL CITRATE,

        Defendants.

_____

**WARRANT FOR ARREST OF PROPERTY *IN REM***
_____

TO:  UNITED STATES MARSHALS SERVICE AND/OR ANY OTHER DULY AUTHORIZED LAW ENFORCEMENT OFFICER:

        PURSUANT to the Order for Warrant for Arrest of Property *In Rem* issued by this Court, YOU ARE HEREBY COMMANDED TO ARREST AND SEIZE as soon as practicable, the defendant property described as follows:

        a.  $30,000.00 IN UNITED STATES CURRENCY;

        b.  54.4 KILOGRAMS OF KETAMINE;

        c.  2,073 GRAMS OF SILDENAFIL CITRATE;

and to use whatever means may be appropriate to protect and maintain it in your custody until further order of this Court; and

        PROMPTLY TO make your return of this Warrant with the Court.

        DONE at Denver, Colorado, this ___ day of _____, 2011.

GREGORY C. LANGHAM
Clerk of the United States District Court


By: _____
    Deputy Clerk