IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-CV-1217-MSK-MJW

UNITED STATES OF AMERICA,

        Plaintiff,

v.

$30,000.00 IN UNITED STATES CURRENCY,
54.4 KILOGRAMS OF KETAMINE,
2,073 GRAMS OF SILDENAFIL CITRATE,

        Defendants.

## WARRANT FOR ARREST OF PROPERTY *IN REM*

TO: UNITED STATES MARSHALS SERVICE AND/OR ANY OTHER DULY AUTHORIZED LAW ENFORCEMENT OFFICER:

    PURSUANT to the Order for Warrant for Arrest of Property *In Rem* issued by this Court, YOU ARE HEREBY COMMANDED TO ARREST AND SEIZE as soon as practicable, the defendant property described as follows:

    a. $30,000.00 IN UNITED STATES CURRENCY;

    b. 54.4 KILOGRAMS OF KETAMINE;

    c. 2,073 GRAMS OF SILDENAFIL CITRATE;

and to use whatever means may be appropriate to protect and maintain it in your custody until further order of this Court; and

    PROMPTLY TO make your return of this Warrant with the Court.

    DONE at Denver, Colorado, this 26th day of May, 2011.

GREGORY C. LANGHAM
Clerk of the United States District Court

By: /s/ Louelle Gianelli
Deputy Clerk