IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01217-MSK-MJW

UNITED STATES OF AMERICA,

       Plaintiff,

v.

$30,000.00 IN UNITED STATES CURRENCY,
54.4 KILOGRAMS OF KETAMINE,
2,073 GRAMS OF SILDENAFIL CITRATE,

       Defendants.
_____

**NOTICE OF SETTLEMENT - FORFEITURE DOCUMENTS FORTHCOMING**
_____

       The United States of America, by and through United States Attorney John F. Walsh and Assistant United States Attorney Martha A. Paluch, hereby notifies the Court of the following:

       1.    The United States and interested parties B&B Pharmaceuticals, Bonnie Dassinger, Jason Dassinger, and James Dassinger, through counsel James R. Prochnow, Esq. (collectively "the Claimants"), have reached a settlement regarding the Claimants' interest in the defendant property. (See attached Settlement Agreement).

       2.    As this is a civil forfeiture matter, settlement does <u>not</u> result in a dismissal of the action; rather, the parties first file a Settlement Agreement, and subsequently move for entry of Final Order of Forfeiture transferring title to the property to the United States.

       3.    Pursuant to Rule G(4)(a) and (b) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the United States cannot move for Final Order of Forfeiture until the requisite notice has been effected, including notice by

publication to potential third parties. In this case, Claimants have actual notice of the action, as evidenced by the attached Settlement Agreement. Notice by publication is currently running, and the deadline for any potential third parties to file a claim is September 25, 2011.

4. As a result of the settlement agreement reached in this case, the parties believe that any further action in this matter is unnecessary, and request that the Scheduling/Planning Conference scheduled for August 19, 2011, and related deadlines be vacated.

5. The parties anticipate filing a Motion for Final Order of Forfeiture in early October once all claim deadlines have expired.

6. Pursuant to D.COLO.LR7.1, the United States has discussed this matter with Mr. James Prochnow, Esq., who is in concurrence with its filing.

DATED this 28th day of July, 2011.

          Respectfully submitted,

          JOHN F. WALSH
          United States Attorney

By:  s/ Martha A. Paluch
     MARTHA A. PALUCH
     Assistant United States Attorney
     Seventeenth Street Plaza
     1225 17th Street, Suite 700
     Denver, Colorado  80202
     Telephone: (303) 454-0100
     Facsimile: (303) 454-0402
     E-mail: Martha.Paluch@usdoj.gov
     Attorney for Plaintiff

**CERTIFICATE OF SERVICE (CM/ECF)**

      I hereby certify that on this 28th day of July, 2011, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notification of such filing to the following ECF participant:

James Prochnow, Esq.
prochnow@gtlaw.com

                                        s/ Raisa Pitman
                                        FSA Data Analyst
                                        Office of the U.S. Attorney