IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01217-MSK-MJW

UNITED STATES OF AMERICA,

        Plaintiff,

v.

$30,000.00 IN UNITED STATES CURRENCY,
54.4 KILOGRAMS OF KETAMINE,
2,073 GRAMS OF SILDENAFIL CITRATE,

        Defendants.

---

## SETTLEMENT AGREEMENT

---

COMES NOW the United States of America by and through Assistant United States Attorney Martha A. Paluch, and interested parties B&B Pharmaceuticals, Bonnie Dassinger, Jason Dassinger, and James Dassinger, through counsel James R. Prochnow, Esq., and submit the following Settlement Agreement:

1.      The United States' Verified Complaint for Forfeiture *In Rem* was filed on May 6, 2011 (Doc. 1), alleging that defendants $30,000.00 in United States Currency, 54.4 Kilograms of Ketamin, and 2,073 Grams of Sildenafil Citrate (collectively "Defendant Property") are subject to civil forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C).

2.      The Unites States acknowledges that B&B Pharmaceuticals, Bonnie Dassinger, Jason Dassinger, and James Dassinger have an interest in the Defendant

Property.

3. B&B Pharmaceuticals, Bonnie Dassinger, Jason Dassinger, and James Dassinger consent to the forfeiture of the Defendant Property pursuant to 18 U.S.C. § 981(a)(1)(C), agree that the Defendant Property, including all right, title, and interest, is subject to forfeiture to the United States pursuant to 18 U.S.C. § 981(a)(1)(C), and that upon entry of a Final Order of Forfeiture, the forfeited property shall be disposed of in accordance with law.

4. The parties agree that the United States will not pursue criminal charges against B&B Pharmaceuticals, Bonnie Dassinger, Jason Dassinger, or James Dassinger, in conjunction with the specific violations described in the United States' Verified Complaint.

5. By virtue of this settlement, B&B Pharmaceuticals, Bonnie Dassinger, Jason Dassinger, and James Dassinger neither admit nor deny the allegations contained in the Verified Complaint.

6. Any attorney fees, interest, costs, and fees incurred by the parties will be their sole responsibility and obligation.

7. The parties forever and irrevocably release each other from any claims, damages, causes of action, whether in law or in equity, or founded in contract, tort, or any other legal or equitable theory, including but not limited to 18 U.S.C. § 983 and 28 U.S.C. § 2465, with respect to Defendant Property herein, except for any civil tax liability which the interested parties understand must be handled with the Internal Revenue Service directly.

8.      Should any claims or answers be filed necessitating further administrative or judicial action regarding the Defendant Property, B&B Pharmaceuticals, including Bonnie Dassinger, Jason Dassinger, and James Dassinger, agree to cooperate fully with the United States in the preparation for, handling of, and hearings or trial on such claims or answers, as determined by the United States.

9.      This Settlement Agreement shall bind the agents, principles, affiliates, successors, assigns, personal representatives, heirs, and attorneys of the United States, B&B Pharmaceuticals, Bonnie Dassinger, Jason Dassinger, and James Dassinger.

10.     A Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465 shall issue as to all of the Defendant Property.

11.     The filing of this Settlement Agreement does not constitute a dismissal of this action.  A Motion for Final Order of Forfeiture resolving all issues in this case is being filed contemporaneously herewith.

DATED:_____7/19/11_____     _____Martha Paluch_____

MARTHA A. PALUCH
Assistant United States Attorney
1225 17th Street, Suite 700
Denver, Colorado 80202
Telephone: (303) 454-0100
FAX: (303) 454-0402
E-mail: Martha.Paluch@usdoj.gov
Counsel for Plaintiff

DATED: _July 19, 2011_

_James R. Prochnow_

JAMES R. PROCHNOW, ESQ.
Greenberg Traurig LLP
1200 17th Street, Suite 2400
Denver, Colorado 80202
Telephone: (303) 572-6546
FAX: (303) 572-6540
E-mail: prochnowj@gtlaw.com
Counsel for B&B Pharmaceuticals,
Bonnie Dassinger, Jason Dassinger,
and James Dassinger