IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   11-cv-01217-MSK-MJW

UNITED STATES OF AMERICA,

Plaintiff(s),

v.

$30,000.00 IN UNITED STATES CURRENCY,
54.4 KILOGRAMS OF KETAMINE,
2,073 GRAMS OF SILDENAFIL CITRATE,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    Based upon the Notice of Settlement - Forfeiture Documents Forthcoming [Docket No. 10], filed with the court July 28, 2011, it is hereby ORDERED that the Scheduling/Planning Conference set August 19, 2011 at 8:30 a.m. is VACATED.

    It is further ORDERED that a telephonic status conference is set October 05, 2011 at 8:30 a.m.   Plaintiff shall initiate the conference call.  All parties shall be on the call before the Court is added as the final connection by calling (303)844-2403.

Date:   August 01, 2011