IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01217-MSK-MJW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

$30,000.00 IN UNITED STATES CURRENCY,
54.4 KILOGRAMS OF KETAMINE, and
2,073 GRAMS OF SILDENAFIL CITRATE,

    Defendants.
_____

**UNCONTESTED MOTION FOR FINAL ORDER OF FORFEITURE**
_____

    COMES NOW the United States of America (the "United States"), by United States Attorney John F. Walsh and Assistant United States Attorney Martha A. Paluch, and moves for final order of forfeiture of defendant property in favor of the United States. In support, Plaintiff states:

    1.    On May 6, 2011, the United States filed its Verified Complaint seeking forfeiture of the defendant property pursuant to 18 U.S.C. § 981(a)(1)(C). (Doc. 1). All of the sworn statements in the complaint establish by a preponderance of the evidence ample probable cause for a judgment of forfeiture.

    2.    The United States executed the Warrant for Arrest of Property *In Rem* on June 3, 2011, as evidenced by the United States Marshals Returns previously filed with the Court. (Docs. 7-9).

    3.    On July 28, 2011, the United States filed a Settlement Agreement resolving all issues between the United States and interested parties B&B

1

Pharmaceuticals, Bonnie Dassinger, Jason Dassinger, and James Dassinger.  As part of the settlement, the parties agreed, *inter alia*, that the defendant property shall be forfeited to the United States pursuant to 18 U.S.C. § 981(a)(1)(C), and that upon entry of a Final Order of Forfeiture, the forfeited property shall be disposed of in accordance with law.

4. Notice of Civil Forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on July 27, 2011, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, and as evidenced by the Notice of Publication filed with the Court on September 28, 2011.  (Doc. 13).

5. Based on internet publication, anyone wishing to contest forfeiture of the defendant property was required to file a Claim no later than September 25, 2011, pursuant to Rule G(5) of the Supplemental Rules of Admiralty or Maritime Claims and Asset Forfeiture Actions.  To date, no third party claims, answers, or other responsive pleadings have been filed in this case.

6. As evidenced by the parties' Settlement Agreement, all issues pertaining to the defendant property have been resolved, and the requirements of D.COLO.LR 7.1 have been met.

7. The facts and verification as set forth in the Verified Complaint provide probable cause and an ample basis for a judgment and order of forfeiture for the defendant property.

WHEREFORE, the United States prays for a final order of forfeiture for the defendant property in favor of the United States, for entry of a Certificate of Reasonable

Cause pursuant to 28 U.S.C. § 2465, and that the Clerk of Court shall be directed to enter Judgment as to the defendant property for the reasons set forth above.

Dated this 28th day of September, 2011.

Respectfully submitted,

JOHN F. WALSH
United States Attorney

By: s/ *Martha A. Paluch*
Martha A. Paluch
Assistant United States Attorney
1225 Seventeenth Street, Ste. 700
Denver, Colorado 80202
Telephone: (303) 454-0100
Fax: (303) 454-0402
E-mail: martha.paluch@usdoj.gov
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of September, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and sent same via email to:

James R. Prochnow, Esq.
prochnowj@gtlaw.com

s/ *Raisa V. Pitman*
FSA Data Analyst
Office of the U.S. Attorney