IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01217-MSK-MJW

UNITED STATES OF AMERICA,

        Plaintiff,

v.

$30,000.00 IN UNITED STATES CURRENCY,
54.4 KILOGRAMS OF KETAMINE, and
2,073 GRAMS OF SILDENAFIL CITRATE,

        Defendants.

## FINAL ORDER OF FORFEITURE

THIS MATTER comes before the Court on the United States' Uncontested Motion for Final Order of Forfeiture, and the Court having reviewed said Motion FINDS:

THAT the United States commenced this action *in rem* pursuant to 18 U.S.C. § 981(a)(1)(C);

THAT publication has been effected as required by Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Forfeiture Actions;

THAT after notice, there have been no third party claims, answers, or other responsive pleadings filed in this matter, and thus, there are no claimants contesting forfeiture of the defendant property;

THAT as part of a global settlement between the United States and interested parties  B&B Pharmaceuticals, Bonnie Dassinger, Jason Dassinger, and James Dassinger  regarding the defendant property, and as set forth fully in the parties' Settlement Agreement (Doc. 10), the United States and the interested parties have

1

agreed that upon entry of the Final Order of Forfeiture herein, the defendant property, including all right, title, and interest, will be forfeited to the United States pursuant to 18 U.S.C. § 981(a)(1)(C);

THAT based upon the facts and verification set forth in the Verified Complaint, it appears by a preponderance of the evidence that there was reasonable cause for the seizure of the defendant property and a Certificate of Reasonable Cause is granted pursuant to 28 U.S.C. § 2465.  It further appears that there is cause to issue a forfeiture order under 18 U.S.C. § 981(a)(1)(C); and

THAT the Clerk of Court shall be directed to enter Judgment as to the defendant property.

NOW, THEREFORE, IT IS ORDERED, DECREED, AND ADJUDGED:

THAT forfeiture of defendants $30,000.00 in United States Currency, 54.4 Kilograms of Ketamine, and 2,073 grams of Sildenafil Citrate, including all right, title, and interest is hereby entered in favor of the United States;

THAT the United States shall have full and legal title to the forfeited property and may dispose of said property in accordance with law;

THAT this Final Order of Forfeiture shall serve as a Certificate of Reasonable Cause under 28 U.S.C. § 2465; and

THAT the Clerk of Court is directed to enter Judgment as to the defendant property.

SO ORDERED this _____ day of _____, 2011.

BY THE COURT:

_____
MARCIA S. KRIEGER
United States District Court Judge