IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01217-MSK-MJW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

$30,000.00 IN UNITED STATES CURRENCY,
54.4 KILOGRAMS OF KETAMINE, and
2,073 GRAMS OF SILDENAFIL CITRATE,

    Defendants.

## MOTION TO VACATE TELEPHONIC STATUS CONFERENCE

COMES NOW the United States of America, by and through United States Attorney John F. Walsh and Assistant United States Attorney Martha A. Paluch, and moves to Vacate the Telephonic Status Conference set for October 5, 2011, at 8:30 a.m. As grounds therefor, the United States of America states that:

1.    The United States and interested parties B&B Pharmaceuticals, Bonnie Dassinger, Jason Dassinger, and James Dassinger, through counsel James R. Prochnow, Esq., have entered into a settlement agreement resolving all issues in dispute, as evidenced by the Settlement Agreement filed on July 28, 2011 (Doc. 10), and an Uncontested Motion for Final Order of Forfeiture is currently pending before this Court.

2.    Therefore, the United States believes the currently scheduled Telephonic Status Conference is no longer necessary.

1

WHEREFORE, having herein reported on the Status of this matter, the United States moves that the October 5, 2011 Telephonic Status Conference be VACATED.

DATED this 28th day of September, 2011.

> Respectfully submitted,
>
> JOHN F. WALSH
> United States Attorney
>
> By: s/ *Martha A. Paluch*
> Martha A. Paluch
> Assistant United States Attorney
> 1225 Seventeenth Street, Ste. 700
> Denver, Colorado 80202
> Telephone: (303) 454-0100
> Fax: (303) 454-0402
> E-mail: martha.paluch@usdoj.gov
> *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of September, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and sent same via email to:

James R. Prochnow, Esq.
prochnowj@gtlaw.com

> s/ *Raisa V. Pitman*
> FSA Data Analyst
> Office of the U.S. Attorney

2