IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01217-MSK-MJW

UNITED STATES OF AMERICA,

        Plaintiff,

v.

$30,000.00 IN UNITED STATES CURRENCY,
54.4 KILOGRAMS OF KETAMINE, and
2,073 GRAMS OF SILDENAFIL CITRATE,

        Defendants.

_____

**ORDER VACATING TELEPHONIC STATUS CONFERENCE**
_____

        This matter having come before the Court on the United States' Motion to Vacate Telephonic Status Conference, and the Court being fully apprised, it is hereby ordered that:

        The Telephonic Status Conference set for October 5, 2011, at 8:30 a.m. is VACATED.

        SO ORDERED this ____ day of _____, 2011.

        BY THE COURT:

        _____
        MARCIA S. KRIEGER
        United States District Court Judge