IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   11-cv-01217-MSK-MJW

UNITED STATES OF AMERICA,

Plaintiff(s),

v.

$30,000.00 IN UNITED STATES CURRENCY,
54.4 KILOGRAMS OF KETAMINE,
2,073 GRAMS OF SILDENAFIL CITRATE,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

　　　Due to a conflict on the Court's calendar, it is hereby ORDERED that the Telephonic Status Conference set on October 5, 2011, at 8:30 a.m. is VACATED and RESET on October 17, 2011 at 9:00 a.m.  Counsel for the plaintiff shall arrange a telephone conference call and contact the court by calling (303) 844-2403.

Date:  September 28, 2011