IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   11-cv-01217-MSK-MJW

UNITED STATES OF AMERICA,

Plaintiff(s),

v.

$30,000.00 IN UNITED STATES CURRENCY,
54.4 KILOGRAMS OF KETAMINE,
2,073 GRAMS OF SILDENAFIL CITRATE,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

   Based upon the parties' resolution of this case as set forth in the Motion to Vacate Telephonic Status Conference, DN 15, the Telephonic Status Conference set before Magistrate Judge Watanabe on October 17, 2011, at 9:00 a.m. is VACATED.

Date:  September 30, 2011