IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 11-cv-01217-MSK-MJW

UNITED STATES OF AMERICA,

        Plaintiff,

v.

$30,000.00 IN UNITED STATES CURRENCY;
54.4 KILOGRAMS OF KETAMINE; and
2,073 GRAMS OF SILDENAFIL CITRATE,

        Defendants.

## FINAL JUDGMENT

In accordance with orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P 58(a), the following Final Judgment is hereby entered.

Pursuant to the provisions outlined in the Final Order of Forfeiture filed on October 4, 2011 (#19), it is

ORDERED that forfeiture of defendants' $30,000.00 in United States Currency, 54.4 Kilograms of Ketamine, and 2,073 grams of Sildenafil Citrate, including all right, title and interest is entered in favor in favor of the plaintiff United States of America.  It is

FURTHER ORDERED that judgment is hereby entered in favor of the United States of America as to the defendant property, and that this case is closed.

Dated this 5th day October, 2011, in Denver, Colorado.

                ENTERED FOR THE COURT:
                GREGORY C. LANGHAM, CLERK


                s/Edward P. Butler
                Edward P. Butler
                Deputy Clerk